# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.     CASE NO. 8:99-CR-364-T-EAK-TBM

ANTONIO VAN COX
_____/

## ORDER

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 81). The Court required responses from the United States Probation Office and the government. The Court has received and reviewed the responses (Docket Nos. 90 and 91 and Probation's Amended Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and probation concur that the defendant is not eligible for a reduction in sentence based on the amended guidelines, as the defendant was sentenced as a career offender. The defendant otherwise argues. The Court agrees with the position of the government and the probation office. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 81) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 27th day of March, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties and Counsel of Record